IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TENNESSEE CHAMBER OF COMMERCE & INDUSTRY,<br><br>    Plaintiffs,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION AND GARY GENSLER, *in his official capacity as Chairman of the Securities and Exchange Commission*,<br><br>    Defendants. | Civil No. 3:22-cv-00561<br>Judge Trauger |

## O R D E R

The Motion to Withdraw Request for Oral Argument and Ascertain Status (Doc. No. 72) is GRANTED. The court will shortly be working on the pending motions and anticipates a ruling within the next several weeks.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge